

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00761-CV

**IN RE COMMITMENT OF** Kevin **JOHNSON**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI123245
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE ALVAREZ, JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We assess no costs of court because the appellant is indigent.

SIGNED August 19, 2020.

_____
Patricia O. Alvarez, Justice